UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| **FREDDIE JAMES STALLWORTH,** } | |
| } | |
| Plaintiff, } | |
| } | |
| v. } | Case No.: 4:14-cv-00134-RDP-HGD |
| } | |
| **LT. CARLA GRAHAM, et al.,** } | |
| } | |
| Defendants. } | |

## MEMORANDUM OPINION

On July 17, 2015, the Magistrate Judge's Report and Recommendation (Doc. # 21) was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the Magistrate Judge. No objections were filed.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court hereby **ADOPTS** the Report of the Magistrate Judge. The court further **ACCEPTS** the recommendations of the Magistrate Judge that Defendants' Special Report (Doc. # 13) be treated as a motion for summary judgment and that it be granted and this action dismissed with prejudice. A separate order in accordance with this Memorandum Opinion will be entered.

**DONE** and **ORDERED** this August 11, 2015.

_R. David Proctor_
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE